**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01551-CV

## IN RE PHUNG VAN TRAN, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51820-2014**

## ORDER

Before the Court is relator's petition for writ of mandamus. The petition and supporting appendix include unredacted information that identifies the relator's minor children. Accordingly, we **STRIKE** the petition and supporting appendix. TEX. R. APP. P. 9.9(b). We grant relator leave to file a redrawn petition that complies with rules 9.9 and 52 of the Texas Rules of Appellate Procedure on or before December 15, 2014. Relator's Motion for Emergency Stay remains pending before the Court. We will **TAKE NO ACTION** on the motion pending the filing of relator's redrawn petition and appendix. We caution relator that failure to file a properly drawn petition as permitted by this order may result in the dismissal of this cause without further notice.

/s/     ROBERT M. FILLMORE
            JUSTICE